IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) 07-408-M-01 |
| MARC EDWIN APPLEWHITE, | ) |
| Defendant. | ) |

**FILED**
DEC 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### REQUEST FOR COURT-APPOINTED COUNSEL

Defendant, Marc Applewhite, hereby requests that counsel be appointed to represent him in this case. In support of this motion Defendant shows the Court the following:

1. Defendant is currently in custody in the Middle District of North Carolina following his indictment and guilty plea in *United States v. Applewhite* 1:07CR336-1. Sentencing in that case is set for March 27, 2008.

2. A detainer has been filed with the United States Marshal in the Middle District of North Carolina arising out of a warrant and complaint issued on August 13, 2007 charging bank robbery, which occurred in the district on June 9, 2005. A copy of the warrant and complaint is attached.

3. Defendant is indigent and has been held in custody on state or federal charges since February 15, 2007. Defendant was last employed in 1995 and has no assets. Defendant completed a financial affidavit in *United States v. Applewhite* 1:07CR336-1 and counsel was appointed to represent him.

4.  Because of the lapse of time between the offense and issuance of the warrant it is counsel should be appointed immediately to ensure that evidence important to the defense of this case is preserved.

Therefore Defendant respectfully requests that counsel be appointed to represent him in this matter.

December 20, 2007.

Stated under penalty of perjury.

_____
Marc Edwin Applewhite

Fax sent by : 3363335381  US ATTORNEY'S OFFICE  12-19-07 15:39  Pg: 2/7
Fax from : 3368552645  12-18-07 16:57  Pg: 2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 21 2007

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA
V.

MARC EDWIN APPLEWHITE
DOB: 3/12/73

**WARRANT FOR ARREST**

CASE NUMBER: 07-408-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Marc Edwin Applewhite___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  x Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Bank Robbery

**INVESTIGATE COPY ONLY
ORIGINAL ON FILE WITH
US MARSHALL RM**

in violation of Title _18_ United States Code, Section(s) _§ 2113(a)_

ALAN KAY
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

AUG 13 2007 District of Columbia
Date and Location

Bail fixed at $_____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

```
Fax sent by   : 3363335381        US ATTORNEY'S OFFICE        12-19-07 15:40    Pg:  3/7
Fax from      : 3368552645                                    12-18-07 16:57    Pg:  3
```

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

ARC EDWIN APPLEWHITE
DOB: 3/12/73

**CRIMINAL COMPLAINT FILED**

DEC 2 1 2007

Clerk, U.S. District and
Bankruptcy Courts

CASE NUMBER: 07 - 408 - M - 01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __JUNE 9, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__

___ defendant(s) did, (Track Statutory Language of Offense)

by intimidation, attempt to take from the person or presence of another money belonging to, and in the care, custody, control, management and possession of Bank of America, the deposits of which were the insured by the Federal Deposits Insurance Corporation.

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am __SPECIAL AGENT MICHAEL V. PINTO__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ■ Yes  ☐ No

Signature of Complainant
S/A MICHAEL V. PINTO
FEDERAL BUREAU OF INVESTIGATION

Sworn to before me and subscribed in my presence,

Date: AUG 1 3 2007           at   Washington, D.C.
                                  City and State

ALAN KAY
Name & Title of Judicial Officer — MAGISTRATE JUDGE           Signature of Judicial Officer

Fax sent by : 3363335381           US ATTORNEY'S OFFICE           12-19-07 15:48   Pg: 4/7
Fax from : 3368652645                                              12-18-07 16:57   Pg: 4

FILED
DEC 21 2007
Clerk, U.S. District and
Bankruptcy Courts

## AFFIDAVIT IN SUPPORT OF A COMPLAINT
### Marc Edwin Applewhite, DOB 03-12-1973, FBI #122138FB7

I, Michael V. Pinto, Special Agent with the Federal Bureau of Investigation, Washington (D.C.) Field Office, (hereinafter "affiant"), being duly sworn, depose and state as follows:

1. I have been a Special Agent with the FBI since 2005, and I am currently assigned to the Violent Crimes Squad CR-2, Criminal Division of the Washington Field Office of the FBI. I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. As an FBI agent, I was previously assigned to a Cyber Squad working Computer Intrusions. During my career, I have participated in numerous criminal investigations, to include computer intrusions, bank robberies, kidnapings, threats against government employees, stolen government property and have participated in the execution of numerous search warrants. Prior to that, I worked as a Certified Financial Manager for Merrill Lynch and as an Agency Director for MetLife. I have investigated robberies at the Bank of America, in the past, and I am aware that its deposits are insured by the Federal Deposit Insurance Corporation (FDIC).

2. This affidavit is submitted in support of a complaint charging MARC EDWIN APPLEWHITE (who in the past has claimed the following dates of birth: 03/12/73, 03/12/71, 03/31/73, and who has used the following social security numbers: 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, 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) with Attempted Bank Robbery, in violation of Title 18, United States Code, Section. 2113(a).

3. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other law enforcement officers involved in

-2-

the investigation. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government.

4. On June 9, 2005, at approximately 11:43 a.m., an unknown black male entered Bank of America branch located at 401 M Street, SW, in Washington, D.C. and attempted to rob the bank. The subject handed a note to the victim teller which read "Do Not Try to Alarm NoOne! Good Morning For real! You Have less than 1 mint to Fill one envelope with one Hundred dollar Bills or People outside and in here will Be shot. Please co-operate. Thank You!" The note was slid under the bullet resistant glass to the teller. The subject then waited. The teller who received the note did not react and the teller and the subject looked at each other and did not speak. The teller stood there and did not provide any money to the subject. When the subject appeared to realize that he was not going to get any money, he walked out of the bank. The subject's image was captured by the bank's surveillance video.

5. The subject was described as a black male, late 20s to early 30s, 5'8" to 5'10", 155 lbs and a thin build. He wore a purple bandanna, dark sun glasses, a sleeveless white tee shirt and blue jeans, and carried a book bag and a cellular telephone.

6. The Crime Scene analysis was conducted by members of the FBI Evidence Recovery Team (ERT). The note provided by the subject was recovered, and on June 17, 2005, an FBI agent submitted various latent fingerprint lifts, including those on the robbery demand note to the FBI Laboratory for analysis and computer comparisons.

7. On August 10, 2007, your affiant received an email from an examiner at the FBI Laboratory Division, Forensic Analysis Section, Latent Print Operations Unit, who stated that

-3-

two of the recovered latent fingerprints (including one on the demand note) have been identified as the fingerprints of MARC EDWIN APPLEWHITE (FBI #122138FB7). Additionally, two latent fingerprints have been identified as those of the victim teller, whose fingerprint samples were examined for purposes of elimination.

8. On August 10, 2007, your affiant obtained a report pertaining to MARC EDWIN APPLEWHITE from the National Crime Information Center (NCIC), which reflects numerous arrests for theft, uttering, forgery, bank fraud, rental car theft, credit card theft and other crimes. The most recent arrest was in Wilson, North Carolina. The Wilson Police Department faxed materials to your affiant, including arrest photographs from 1999 and 2002. Your affiant has also obtained the most recent photograph on file with the North Carolina Department of Motor Vehicles.

9. Your affiant has compared the bank surveillance photograph from the June 9, 2005 attempted robbery at the Bank of America with the Wilson PD photographs and the North Carolina DMV photo and has concluded that they are the same individual, MARC EDWIN APPLEWHITE.

10. On August 10, 2007, your affiant was informed by the FBI Office in Greensboro, North Carolina that MARC EDWIN APPLEWHITE is currently incarcerated at Alamance County Jail in Burlington, North Carolina, on $50,000 bond. North Carolina authorities have advised that he is charged with identity theft and obtaining property under false pretenses.

11. Based on the foregoing, I believe there is probable cause to believe that on June 9, 2005, within the District of Columbia, the defendant, MARC EDWIN APPLEWHITE, by intimidation, did attempt to take from the person or presence of another money, belonging to,

Fax sent by  : 3363335381
Fax from    : 3368552645
US ATTORNEY'S OFFICE           12-19-07 15:41  Pg: 7/7
                               12-18-07 16:59  Pg:  7

-4-

and in the care, custody, control, management and possession of the Bank of America, the deposits of which were then insured by the Federal Deposits Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

*[signature]*

Michael V. Pinto, Special Agent

Federal Bureau of Investigation

Sworn and subscribed to me before this ____AUG 1 3 2007____ day of August, 2007.

*[signature]*

United States Magistrate Judge
ALAN KAY
U.S. MAGISTRATE JUDGE

TOTAL P.07