UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 07-408M-01(CR) |
| | : | |
| **MARC EDWIN APPLEWHITE,** | : | VIOLATION: 18 U.S.C. § 2113(a) |
| | : | (Bank Robbery) |
| Defendant. | : | |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about June 9, 2005, in the District of Columbia, the defendant, **MARC EDWIN APPLEWHITE,** by force and violence and by intimidation, attempted to take from the person and presence of another, money belonging to and in the care, custody, control, management, and possession of Bank of America, a bank whose deposits then were insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia