```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES OF AMERICA,     :     Criminal No. 08-015 (CKK)
                              :
          v.                  :
                              :
MARC EDWIN APPLEWHITE,        :
                              :
          Defendant.          :
                              :
_____:

## MOTION TO UNSEAL

     The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this motion to unseal and states as follows:

    1.  Defendant Marc Edwin Applewhite was the subject of a sealed arrest warrant and accompanying affidavit in support, both filed in United States District Court for the District of Columbia.

    2.  Since the time that the arrest warrant issued, the defendant was located in North Carolina, where he currently is pending sentencing on an unrelated federal case and is held without bond.  The warrant issued in the District of Columbia has been lodged as a detainer against the defendant's release.

    3.  The defendant having been arrested, there is no longer any reason to justify the further sealing of the matters here in the District of Columbia.

2

WHEREFORE, the government requests that the Court enter the attached Order to unseal any matters relating to this case and all pleadings previously and to be filed.

    Respectfully Submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY

By:        /s/
    _____
    ANGELA G. SCHMIDT
    ASSISTANT U.S. ATTORNEY
    Texas Bar Number 17764980
    United States Attorney's Office
    555 Fourth Street, N.W., Rm. 4842
    Washington, D.C.  20530
    Tel. (202) 514-7273
    Angela.Schmidt@usdoj.gov

3

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES OF AMERICA,     :     Criminal No. 08-015 (CKK)
                                       :
        v.                          :
                                       :
MARC EDWIN APPLEWHITE,        :
                                       :
        Defendant.          :
                                       :
_____ :

## **O R D E R**

This matter comes before the Court upon the motion of the United States to unseal. It appearing that the reasons for sealing this matter no longer exist, it is hereby

ORDERED that the government's motion is granted, and all matters relating to the case are unsealed.

_____                                _____
Date                                                           United States District Court
                                                                     Judge