UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 08-015 (CKK) |
| v. | : | |
| MARC EDWIN APPLEWHITE, | : | |
| Defendant. | : | |

**FILED**

FEB 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

### O R D E R

This matter comes before the Court upon the motion of the United States to unseal. It appearing that the reasons for sealing this matter no longer exist, it is hereby

ORDERED that the government's motion is granted, and all matters relating to the case are unsealed.

Feb. 14, 2008
Date

United States District Court Judge


(N)