AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

MARC EDWIN APPLEWHITE

08CR015 (CKK)

**WARRANT FOR ARREST**

CASE NUMBER: 0 7 - 4 0 8 - M - 0 1

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Marc Edwin Applewhite___
                                                 Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    x Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Bank Robbery**

FILED
JUN 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Quashed as moot* [handwritten annotation]

in violation of Title __18__ United States Code, Section(s) __§ 2113(a)__

ALAN KAY
Name of Issuing Officer
U.S. MAGISTRATE JUDGE

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

AUG 1 3 2007  District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 13 Jun 08 | Reporting | Reporting |
| **DATE OF ARREST** | | |
| 13 Jun 08 | DUSM Robert C. Byars | Robert C. Byars |