# United States District Court
Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk                June 5, 2008                TELEPHONE:
                                                                   CIVIL (336) 332-6030
                                                                   CRIM. (336) 332-6020
                                                                   ADMIN. (336) 332-6015

Ms. Nancy Mayer-Whittington, Clerk
United States District Court                                       **FILED**
District of Columbia
1130 E. Barrett Prettyman                                          **JUN - 9 2008**
US Courthouse
333 Constitution Ave., N.W.                                        Clerk, U.S. District and
Washington, DC 20001                                               Bankruptcy Courts

      Re: USA v. MARC EDWIN APPLEWHITE
          MDNC No. 1:08-MJ-123-1      CR 08-15

    Enclosed are certified copies of the following papers in the above-entitled case for disposition in your District:

1. Financial Affidavit.
2. Order of Temporary Detention.
3. Waiver of Rule 5 Hearing.
4. CJA 20 Appointment of Counsel.
5. Commitment to another District
6. Docket Sheet.

    Please acknowledge receipt of these papers on the enclosed copy of this letter.

                          Sincerely,

                          JOHN S. BRUBAKER, CLERK

                        By: /s/ Kimberly Garrett

                          Deputy Clerk

kg
Enclosures

DOCKET NO.

MAGISTRATE JUDGE CASE NO.: 1:08MJ123-1

FJF 7150.1 (11/01)

# INITIAL CRIMINAL PROCEEDINGS BEFORE U.S. MAGISTRATE JUDGE

UNITED STATES VS.

| | | DATES OF | | | | |
|---|---|---|---|---|---|---|
| | CUSTODY | ARREST/ SERVICE | INITIAL APPEARANCE | OFFENSE | PRELIM. EXAM | WAIVER |
| 1 MARC EDWIN APPLEWHITE | 6/4/08 | 6/4/08 | 6/4/08 | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |

| AGE | SEX | RACE | ADDRESS | PHONE |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

A True Copy
Teste:
John S. Brubaker, Clerk
By: [signature]
Deputy Clerk

FILED JUN - 5 2008 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C. By

CONDITIONS OF RELEASE

| | RECOG. | BAIL | OTHER | ATTORNEY'S NAME | APPOINTED | EMPLOYED |
|---|---|---|---|---|---|---|
| 1 | | | | Bryan Gates, CJA | X | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |

COMPLAINANT   Warrant out of the District of Columbia          APPEARANCE DATE

STATUTE _____

PENALTY _____

☑ FELONY  ☐ MISDEMEANOR  ☐ MINOR OFF  ☐ PETTY OFF

HELD TO ANSWER TO U.S. DISTRICT COURT

AT.  As directed

ON DATE: →

**COMMENT**

USA requests detention. Order attached setting detention hearing in the District of Columbia as directed. Rule 5 paperwork attached. If held here, can be set for Wednesday, June 11, 2008, at 2:30 p.m.

COPY DISTRIBUTION.   CLERK'S OFFICE   U S ATTY   PRETRIAL   MARSHAL

✎ AO 470 (Rev 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____NORTH CAROLINA_____

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION |
|---|---|
| V. | PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| MARC EDWIN APPLEWHITE<br>*Defendant* | Case Number: 1:08MJ123-1 |

Upon motion of the _____U.S. Attorney_____, it is ORDERED that a detention hearing is set for _____* at _____
                                                                    *Date*                              *Time*

before _____as directed by the United States District Court for the District of Columbia_____
                                    *Name of Judicial Officer*

_____
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____ ) and produced for the hearing.
         *Other Custodial Official*

Date: _____June 5, 2008_____          _____/s/ P. Trevor Sharp_____
                                                     *U.S. Magistrate Judge*

**ECF DOCUMENT**
I hereby attest and certify this is a printed copy of a
document which was electronically filed with the United States
District Court for the Middle District of North Carolina.
Date Filed: _____

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

By: /s/ _____ Deputy Clerk

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __NORTH CAROLINA__

UNITED STATES OF AMERICA

V.

__MARC EDWIN APPLEWHITE__

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: __1:08MJ123-1__

CHARGING DISTRICTS
CASE NUMBER: __07-408-M-01__

I understand that charges are pending in the _____ District of __Columbia__

alleging violation of __18 U.S.C. § 2113(a)__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)   Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ✓ ) identity hearing

(   ) preliminary hearing

(   ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

__June 4, 2008__
Date

_____
Defense Counsel

A True Copy
Teste:
John S Brubaker, Clerk
By: _____
Deputy Clerk

✎ AO 94 (Rev 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __NORTH CAROLINA__

| UNITED STATES OF AMERICA<br>V.<br><br>MARC EDWIN APPLEWHITE | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense<br>07-408-M-01 | District of Arrest<br>1:08MJ123-1 | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   X Complaint   ☐ Other (specify)

charging a violation of   18   U.S.C.   2113(a)

**DISTRICT OF OFFENSE**
District of Columbia

**DESCRIPTION OF CHARGES:**

Bank robbery

[FILED JUN - 5 2008 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C. By _____]

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense *(prelim. hearing)* *(pd)*
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☐ Federal Defender Organization | X CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | X No | ☐ Yes | Language: | |

__MIDDLE__ DISTRICT OF __NORTH CAROLINA__

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

June 4, 2008
Date                                   U.S. Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

A True Copy
Teste:
John S. Brubaker, Clerk
By: _____ Deputy Clerk

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

CLOSED

## U.S. District Court
## North Carolina Middle District (Durham)
## CRIMINAL DOCKET FOR CASE #: 1:08-mj-00123-PTS All Defendants
### Internal Use Only

| | |
|---|---|
| Case title: USA v. APPLEWHITE | Date Filed: 06/04/2008 |
| Other court case number: 07-408-M-01 District of Columbia | Date Terminated: 06/05/2008 |

Assigned to: MAG/JUDGE P. TREVOR SHARP

**Defendant (1)**

MARC EDWIN APPLEWHITE  represented by  BRYAN EMERY GATES, JR.
*TERMINATED: 06/05/2008*                1 N. MARSHALL ST., STE. 100
                                         WINSTON-SALEM, NC 27101
                                         336-724-0082
                                         Fax: 336-722-9011
                                         Email: brygates@earthlink.net
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*
                                         *Designation: CJA Appointment*

**Pending Counts**              **Disposition**
None

**Highest Offense Level (Opening)**
None

A True Copy
Teste:
John S Brubaker, Clerk
By:
                                                    Deputy Clerk

**Terminated Counts**           **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                  **Disposition**
Arrest on Rule 5

**Plaintiff**
USA                             represented by  ANAND PRAKASH RAMASWAMY
                                                U. S. ATTORNEY'S OFFICE
                                                POB 1858
                                                GREENSBORO, NC 27401
                                                336-333-5351
                                                Fax: 336-333-5381

Email: anand.ramaswamy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2008 | | Arrest (Rule 5) of MARC EDWIN APPLEWHITE. (Cable, Frances) (Entered: 06/04/2008) |
| 06/04/2008 | | Minute Entry for proceedings held before MAG/JUDGE P. TREVOR SHARP:INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to MARC EDWIN APPLEWHITE held on 6/4/2008. Defendant advised of rights and charges. Atty. Bryan Gates appeared as counsel for defendant. (Proceedings Recorded/Tape # 08S.43) (Winchester, Robin) (Entered: 06/04/2008) |
| 06/04/2008 | | ORAL MOTION for Detention by USA as to MARC EDWIN APPLEWHITE. (Winchester, Robin) (Entered: 06/04/2008) |
| 06/05/2008 | 1 | ORDER OF TEMPORARY DETENTION as to MARC EDWIN APPLEWHITE. Detention hearing to be held in the District of Columbia. Signed by MAG/JUDGE P. TREVOR SHARP on 06/05/08. (Garrett, Kim) (Entered: 06/05/2008) |
| 06/05/2008 | 2 | ***SEALED FINANCIAL AFFIDAVIT by MARC EDWIN APPLEWHITE (Garrett, Kim) (Entered: 06/05/2008) |
| 06/05/2008 | 3 | CJA 20 Appointment of Attorney BRYAN EMERY GATES, JR for MARC EDWIN APPLEWHITE. Signed by MAG/JUDGE P. TREVOR SHARP on 06/04/08. (Garrett, Kim) (Entered: 06/05/2008) |
| 06/05/2008 | 4 | WAIVER of Rule 5(c)(3) Hearing by MARC EDWIN APPLEWHITE (Garrett, Kim) (Entered: 06/05/2008) |
| 06/05/2008 | 5 | Commitment Order - Rule 5 as to MARC EDWIN APPLEWHITE. Signed by MAG/JUDGE P. TREVOR SHARP on 06/04/08. (Garrett, Kim) (Entered: 06/05/2008) |
| 06/05/2008 | 6 | Letter to Clerk, District of Columbia with certified copies of financial affidavit, order of temporary detention, waiver of Rule 5 hearings, CJA 20 appointment, commitment to another district and docket sheet as to MARC EDWIN APPLEWHITE (Garrett, Kim) (Entered: 06/05/2008) |