UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL - 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Judge Colleen Kollar-Kotelly |
| v. : | Criminal Action No. **08cr015** |
| : | |
| **MARC EDWIN APPLEWHITE** : | |
| : | |
| Defendant : | |
| : | |

### ORDER

It is this 7th day of July, 2008,

**ORDERED** that the Court hereby directs the Probation Office to prepare the offense level and criminal history calculations of the advisory sentencing guidelines in this case for inclusion in a presentence report to be provided to the Court on or before July 21, 2008. Once the calculations for a presentence report in this case are completed, they are to be shared with government's counsel and defense counsel.

                                                     **COLLEEN KOLLAR-KOTELLY**
                                                     United States District Judge

Copies to:

Mark McCroson, U.S. Probation Office
Carlos Vanegas, AFD
Angela Schmidt, AUSA

